No. 419. BARNES *v.* SIND ET AL. C. A. 4th Cir. Certiorari denied. *Joseph L. Rauh, Jr., John Silard* and *Daniel H. Pollitt* for petitioner. *Morris D. Schwartz* and *Leon H. A. Pierson* for respondents.

No. 421. LOCAL 1291, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* and *Martin J. Vigderman* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 426. BAIN *v.* NICODEMUS ET AL. C. A. D. C. Cir. Certiorari denied. *James E. Hogan* for petitioner. *J. Louis Monarch* for respondents.

No. 430. CHUNG LEUNG ET AL. *v.* ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Abraham Lebenkoff* for petitioners. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, L. Paul Winings* and *Charles Gordon* for respondent.

No. 418. BUMB, TRUSTEE IN BANKRUPTCY *v.* HARTWELL CORP. C. A. 9th Cir. Certiorari denied. *Waller Taylor II* for petitioner. *John C. Gemmill* for respondent.

No. 431. GLICK ET AL. *v.* BALLENTINE PRODUCE, INC. C. A. 8th Cir. Certiorari denied. *Elwyn L. Cady, Jr.,* for petitioners. *James W. Benjamin* for respondent.